In the Matter of ROBERT COWARD, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Decided June 10, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.

In the Matter of STUART DIZAK, Appellant, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted April 27, 2015; decided June 10, 2015

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 916 (2015)].

Judges STEIN and FAHEY taking no part.

GREGORY MAVENTE, Respondent, v ALBANY MEDICAL CENTER HOSPITAL et al., Respondents. TIMOTHY J. CARTER et al., as Trustees of the PLUMBERS & STEAMFITTERS LOCAL NO. 7 WELFARE FUND, Proposed Intervenors-Appellants. (Action No. 1.)

Submitted April 27, 2015; decided June 10, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

GREGORY MAVENTE, Respondent, v ELLIS HOSPITAL et al., Respondents, et al., Defendants. TIMOTHY J. CARTER et al., as Trustees of the PLUMBERS & STEAMFITTERS LOCAL NO. 7 WELFARE FUND, Proposed Intervenors-Appellants. (Action No. 2.)

Submitted April 27, 2015; decided June 10, 2015